16868

WEST VIRGINIA PULP & PAPER CO. v. RIDDOCK,
AS COUNTY TREASURER
(82 S. E. (2d) 189)

*Frank H. Bailey, Esq.,* of Charleston, *for Appellant,*

*Messrs. Waring & Brockinton,* of Charleston, *for Respondent,*

May 12, 1954.

PER CURIAM.

Upon consideration of the order for judgment of the trial court, in the light of the exceptions and briefs, we find no error; the order is affirmed and will be published as the judgment of this court.

STUKES, TAYLOR, and OXNER, JJ., and LITTLEJOHN, Acting Associate Justice, concur.

LEGGE, J., did not participate.